IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESRIAL JASPER**  **PLAINTIFF**
ADC #098607

v.   Case No. 4:22-cv-00829-LPR-JJV

**DOES;** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe, recommending dismissal of the Doe Defendants in this case due to a lack of service.[1] Plaintiff has not objected, and the time for doing so has expired.[2] After a careful and *de novo* review of the PRD and the record, the Court approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Doe Defendants are hereby dismissed without prejudice due to a lack of service. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Partial Recommended Disposition (Doc. 22).

[2] The February 24, 2023 Motion for Service (Doc. 23) is not an objection. To the extent that motion is about the Doe Defendants at all, it suggests there are no Doe Defendants, only named Defendants.