IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESRIAL JASPER**                                                                              **PLAINTIFF**
**ADC #098607**

**v.**                                    **Case No. 4:22-cv-00829-LPR-JJV**

**DOES;** *et al.*                                                                            **DEFENDANTS**

**<u>ORDER</u>**

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Joe J. Volpe.[1]  Although Plaintiff did not file objections to the RD (and the time for doing so has expired), the Court has duly considered other documents filed by the Plaintiff after the RD was entered.[2]  After a careful and *de novo* review of the RD and the case record, the Court approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 25) is GRANTED. Plaintiff's inadequate-medical-care claims against Defendants Miles, Glover, Williams, and Seamster are DISMISSED without prejudice, and this case is closed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 23rd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Recommended Disposition (Doc. 30).

[2] Pl.'s Statement of Facts (Doc. 31); Pl.'s Proof of Evidence (Doc. 32).  These documents do not appear to be objections as much as they appear to be untimely responses to the motion for summary judgment.