IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESRIAL JASPER**                                                                                       **PLAINTIFF**
**ADC #098607**

v.                                        Case No. 4:22-cv-00829-LPR-JJV

**DOES;** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Orders entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE